IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02595-BNB

GREGORY L. WALLACE,

Applicant,

v.

J. M. WILNER,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 09 2008

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING APPLICANT TO FILE SECOND AMENDED APPLICATION

---

Applicant, Gregory L. Wallace, is a prisoner in the custody of the United States Bureau of Prisons at the Federal Correctional Institution at Florence, Colorado. Mr. Wallace initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. In an order filed on December 13, 2007, the court ordered Mr. Wallace to file an amended application that is signed and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. On December 27, 2007, Mr. Wallace filed a signed amended habeas corpus application and a motion seeking leave to proceed *in forma pauperis*. The *in forma pauperis* motion filed on December 27 will be granted.

On January 2, 2008, Mr. Wallace filed two additional motions seeking leave to proceed *in forma pauperis* in this action as well as a Prisoner Complaint asserting claims against a number of federal, state, and local governmental entities. Although the claims asserted in the Prisoner Complaint are not entirely clear, those claims may not

be asserted in this habeas corpus action pursuant to 28 U.S.C. § 2241. "The essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and . . . the traditional function of the writ is to secure release from illegal custody." **See Preiser v. Rodriguez**, 411 U.S. 475, 484 (1973). Therefore, the court will not consider in this action the claims Mr. Wallace raises in the Prisoner Complaint. If Mr. Wallace wishes to pursue the claims he is raising in the Prisoner Complaint against the Defendants named in that pleading, he must initiate a separate civil action to do so. The *in forma pauperis* motions filed on January 2 will be denied as moot.

The court must construe the amended application filed on December 27 liberally because Mr. Wallace is representing himself. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. Wallace will be ordered to file a second amended application.

The court has reviewed the amended application filed on December 27 and finds that it is deficient. The amended application is difficult to understand, and Mr. Wallace fails to set forth, clearly and concisely, the specific claims for relief he is asserting. It appears that Mr. Wallace is challenging the calculation of his sentence and that he may be seeking credit against his federal sentence for time spent in state custody. However, Mr. Wallace fails to assert in a clear and concise manner the specific facts that allegedly support his claim for additional credit against his federal sentence. It is not clear for what period of time Mr. Wallace seeks credit or why he believes that he is

2

entitled to credit for that time. Therefore, Mr. Wallace will be ordered to file an amended application to clarify the claim or claims for relief that he is asserting. Accordingly, it is

ORDERED that the motion seeking leave to proceed *in forma pauperis* filed on December 27, 2007, is granted and the two motions seeking leave to proceed *in forma pauperis* filed on January 2, 2008, are denied as moot. It is

FURTHER ORDERED that Mr. Wallace file **within thirty (30) days from the date of this order** a second amended application that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Wallace, together with a copy of this order, two copies of the following forms: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that, if Mr. Wallace fails within the time allowed to file a second amended application that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED January 9, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02595-BNB

Gregory L. Wallace
Prisoner No. 57570123
Reg. No. 05286-046
FCI – Florence
PO Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 1/9/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk